IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| THEOPHILUS AKWEI, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-189J |
| | ) | Judge Kim R. Gibson/ |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| BOP; MASHANNON VALLEY | ) | |
| CORRECTIONAL CENTER; DR. | ) | |
| ZIMMERLY; and GEO Inc., | ) | Re: ECF No. 1 |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Theophilus Akwei ("Plaintiff"), a federal prisoner, is currently incarcerated at the Great Plains Corrections Facility in Hinton Oklahoma. Plaintiff sought leave to proceed in forma pauperis in order to file a civil rights complaint in this Court.

The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation (the "Report"), ECF No. 2, filed on October 31, 2018, recommended that Plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP Motion"), ECF No. 1, be denied due to Plaintiff having more than sufficient funds in his inmate account to pay the filing fee all at once. Plaintiff was informed that he could file Objections to the Report. Plaintiff's Objections were filed on November 20, 2018. ECF No. 3. Nothing in those Objections merits rejection of the Report and Recommendation.

Although Plaintiff complains about his "expenses," his inmate account shows more than sufficient amounts to meet his needs and any obligations and also to pay the entire filing fee in this case as well. Plaintiff does request that if his Objections are overruled that he be given 60 days to be able to pay the entire filing fee.

Accordingly, after de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of November 2018;

IT IS HEREBY ORDERED that the Motion for Leave to Proceed In Forma Pauperis is DENIED. Plaintiff is ORDERED to pay the entire filing fee of $400.00 by January 16, 2019. Failure to pay the entire filing fee by January 16, 2019 will result in the dismissal of this civil action for failure to prosecute without further warning. The Report is adopted as the opinion of the Court and the Objections are overruled.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

THEOPHILUS AKWEI
78018-083
GREAT PLAINS CORRECTIONAL FACILITY
PO BOX 400
HINTON, OK 73047